UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARTRON LAMONT WILSON JR,<br>Plaintiff,<br>vs<br>AMERICAN AIRLINES, INC.,<br>Defendants. | Case No. 5:25-cv-02339-SP<br>[Assigned for all purposed to the Hon. Sheri Pym]<br>**ORDER OF DISMISSAL WITH PREJUDICE** |

Pursuant to the Stipulation of the Parties submitted concurrently herewith,

**IT IS SO HEREBY ORDERED** that Case No. 5:25-cv-02339-SP is hereby dismissed with prejudice, with each party to bear his, her or its own costs and attorney's fees.

Dated: October 20, 2026

Honorable Sheri Pym
United States Magistrate Judge